**Order entered March 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00477-CR

### KEITHION DYWANE DERRICK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-25060-P**

## ORDER

We **REINSTATE** this appeal.

We abated for the appointment of counsel. On March 19, 2020, we received notification from Michael Casillas that he had been appointed counsel in this appeal. We **DIRECT** the Clerk to list Michael Casillas as appointed counsel for appellant. All future correspondence shall be sent to Mr. Casillas at 8111 LBJ Freeway, Suite 1502, Dallas, Texas 75251.

Appellant's brief is **DUE** by May 11, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to Michael Casillas; and to the Dallas County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE